# Greenberg Traurig

Daniel Milstein
Tel 212.801.9200
Fax 212.801.6400
milsteind@gtlaw.com

December 18, 2013

**VIA HAND DELIVERY**

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Svetlana Berezovskaya v. Deutsche Bank National Trust Company, As Trustee For Indymac INDX Mortgage Loan Trust 2006-AR2*
            *Civil Action No.: 12-6055 (KAM)(CLP)*

Dear Judge Matsumoto:

Please find enclosed two courtesy copies of the enclosed documents, filed electronically today in the above matter.

- Notice of Motion to Dismiss the Complaint
- Declaration of Charles Boyle in Support of Motion to Dismiss, with Exhibits 1 through 10
- Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint
- Reply Memorandum of Law in Further Support of Motion to Dismiss Plaintiff's Complaint

                              Respectfully submitted,

                              Daniel Milstein

Enclosure
cc:    All counsel via ECF (no enclosures)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com